UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. EDCV 09-1397-RC          Date: December 28, 2009

Title: Custodio Meraz vs. Michael J. Astrue, Commissioner of Social Security
================================================================
DOCKET ENTRY

================================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Jake Yerke                        None
Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:
None Present                      None Present


**PROCEEDINGS: (IN CHAMBERS)  ORDER TO DEFENDANT TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER**

By Order dated August 3, 2009, defendant was required to file an answer and lodge the administrative record within fourteen (14) days of a settlement conference, which was required to be held within sixty (60) days of defendant serving the certified administrative record on plaintiff. Defendant filed a proof of service showing the administrative record was served on plaintiff on October 1, 2009. Yet, to date, no answer has been filed and the certified record has not been lodged.

Defendant's counsel shall show cause why defendant should not be sanctioned in the amount of $500.00 for failing to comply with the Court's Order. See Federal Rules Civil Procedure 41(b); Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

**If defendant objects to being sanctioned, he shall file and serve written objections with points and authorities no later than fourteen (14) days from the date of this Order. Failure to file the said objections within the time specified will be deemed consent to sanctions as proposed herein. If defendant files an answer and lodges the certified administrative record within fourteen (14) days, this Order to Show Cause will be discharged.**

Initials of Deputy Clerk hr for jy

case091\08-1397.3
12/28/09