UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

CUSTODIO MERAZ, ) ED CV 09-1397-SH
) 
        Plaintiff, ) JUDGMENT
  v. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
)
        Defendant. )
_____ )

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded pursuant to Sentence 4 of 42 U.S.C.§ 405(g).

DATED: January 31, 2011

                                          /s/ Stephen J. Hillman
                                        _____
                                          STEPHEN J. HILLMAN
                                        UNITED STATES MAGISTRATE JUDGE